# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-41320-WS | | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** | WYSONG-ALLEN, AMY LYNN | | **Date Filed (f) or Converted (c):** | 02/01/2015 (f) |
| **For the Period Ending:** | 3/23/2015 | | **§341(a) Meeting Date:** | 03/11/2015 |
| | | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1. 42231 Toddmark Lane, Unit 127 (Condo), Purchased 03/02/09 for $39,900 Held jointly with Patrick Allen pursuant to Judgment of Divorce (08/14/2009) Fair Market Value is $69,900 as determined by Trulia Subject to Mortgage with Chase in the amount of $29,224.15 in name of Patrick Allen Debtor's 50% share of the equity is $20,337.92 | $20,337.92 | $0.00 | | $0.00 | FA |
| 2. Bank of America checking | $400.00 | $0.00 | | $0.00 | FA |
| 3. Household Goods | $1,000.00 | $0.00 | | $0.00 | FA |
| 4. Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5. Jewlery | $1,200.00 | $0.00 | | $0.00 | FA |
| 6. 2014 Tax refund (based on filed returns) | $6,448.00 | $2,986.00 | | $0.00 | $2,986.00 |
| 7. Potential inheritance following death of uncle in West Virginia Estate would be divided amongst 12 neices/nephews | Unknown | Unknown | | $0.00 | Unknown |
| 8. 2002 Plymouth PT Cruiser (titled in mother name) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | **Gross Value of Remaining Assets**
$29,885.92 | $2,986.00 | | $0.00 | $2,986.00

**Major Activities affecting case closing:**
03/23/2015  Trustee is pursuing an inheritance and non-exempt property.

**Initial Projected Date Of Final Report (TFR):** 02/01/2017          /s/ KAREN E. EVANGELISTA
**Current Projected Date Of Final Report (TFR):**                      KAREN E. EVANGELISTA